# IN THE MATTER OF SOLOMON SIBLEY AND CHRISTIAN HOFFMAN, EXECUTORS OF THE LAST WILL AND TESTAMENT OF GEORGE HOFFMAN, DECEASED

## 1810

### JOURNAL ENTRIES

1. Application filed . . . . . . . . . *Journal, infra,* *p. 304
2. Proof . . . . . . . . . . . . . . . " 310
3. Proof . . . . . . . . . . . . . . " 323
4. Judgment . . . . . . . . . . . . . " 326

### PAPERS IN FILE

[None]